Attorneys—Lee J. Myers and Alva J. Russell, for Edison Electric Co.; Doolittle & Foust, for Miller.

---

No. 105
SECURITY BENEFIT ASSN. v. MAHON et al
Ohio Appeals, 8th Dist., Cuyahoga County
No. 4660. Decided Nov. 26, 1923

723. LIFE INSURANCE—Verdict against insurer held not reversible when experts differed as to physical condition of insured—Refusal to admit death certificate of husband of insured showing tuberculosis as cause held not erroneous—Refusal to submit requests for special findings involving questions and answers of insured in insurance application, held prejudicial.

LEVINE, J.

Epitomized Opinion
First Publication of this Opinion

Mahon and others, who were beneficiaries, brought an acton upon an insurance policy which Phoebe Mahon carried with the defendant company. The evidence disclosed that the deceased was insured in Feb., 1915, and was later suspended for non-payment of dues. On April 9, 1919, she made another application and after a physical examination was accepted on April 28, 1919. As the jury returned a verdict for plaintiffs, defendant prosecuted error. In reversing the judgment of the lower court, the Court of Appeals held:

1. That the verdict was not manifestly against the weight of the evidence in view of the fact that the experts differed in opinion as to the physical condition of the deceased.

2. That no error was committed in the court's refusal to admit a death certificate to show that the husband of the insured died from tuberculosis, as said certificate did not indicate the cause of death of deceased.

3. That the court erred in refusing to submit to the jury the requests of the Insurance Company for special findings where the special requests involved questions and answers which had been submitted to the insured at the time she made application for her policy.

Attorneys—S. M. Parks and J. W. Patterson, for Benefit Associaton; Hart, Curry, Sklenicka & Murray, for Mahon et al.